FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
E-Mail Address: bbradford@fisherphillips.com

Attorney for Defendants, Spiliadis Management Ltd., and Managed Business Services, Inc.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BAILEY EARL,

Plaintiff,

vs.

SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X,

Defendants.

**Case No.: 2:21-cv-00357-JCM-BNW**

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have a two-week extension of time, up to and including, March 23, 2021, to file their answer or otherwise respond to Plaintiff's Complaint (ECF No. 1.) Defendants need additional time to evaluate and respond to the specific factual allegations in this matter, as well as ongoing obligations in other matters.

/ / /

/ / /

/ / /

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 5th day of March, 2021.

FISHER & PHILLIPS

By: __/s/ *Brian L. Bradford*_____
Scott M. Mahoney, Esq.
Brian L. Bradford, Esq.
300 S. Fourth Street #1500
Las Vegas. NV 89101
Attorney for Defendants

KEMP & KEMP

By: __/s/ *James P. Kemp*____
James P. Kemp, Esq.
7435 West Azure Drive
Suite 110
Las Vegas, NV 89130
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED**

**DATED:** 11:55 am, March 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101