FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
*Attorney for Defendant Spiliadis Management, LTD*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BAILEY EARL, | Case No.: 2:21-cv-00357-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Bailey Earl ("Plaintiff"), through her counsel, Kemp & Kemp, and Defendant Spiliadis Management Ltd.[1] ("Defendant"), by and through its counsel, Fisher & Phillips, LLP, and agreed as follows:

1. On April 30, 2021, the Court entered an Order granting the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 16).

2. On August 26, 2021, the Court entered a Stipulation and Order to Extend Discovery Deadlines. (ECF No. 20).

3. The defense counsel primarily responsible for this matter, Brian Bradford, has accepted in house employment and undersigned counsel, Lisa McClane has had to take over all of his cases, including this one.

---

[1] Defendant, Managed Business Services, Inc. has been dismissed from this action. (*See*, ECF No. 14).

4. Plaintiff's deposition has been scheduled for November 17, 2021.

5. The deposition for Defendant's person most knowledgeable had to be postponed for medical reasons and is now scheduled for November 18, 2021.

6. Additionally, the parties have renewed discussions relating to possible resolution.

7. This is the second request by the parties to extend the discovery deadlines.

8. The parties stipulate and agree to extend the discovery deadlines for ninety (90) days to allow new counsel to get up to speed, the parties to explore resolution, and if resolution is not reached, to coordinate multiple schedules for and conduct necessary depositions in order to fully evaluate the claims and defenses presented. To date,

## **DISCOVERY COMPLETED TO DATE**

On April 30, 2021, Plaintiff served his Initial Disclosures.

On May 14, 2021, Plaintiff served his First Supplemental Initial Disclosures; and on August 2, 2021, he served his Second Supplemental Initial Disclosures.

On May 3, 2021, Defendant served its Initial Disclosures.

On April 8, 2021, Plaintiff served his First Set of Requests for documents to Defendant Spiliadis Management Ltd.

On May 14, 2021, Defendant served its Responses to Plaintiff's First Set of Requests for Production of Documents.

On July 1, 2021, Defendant served its First Set of Requests for Production of Documents to Plaintiff and its First Set of Interrogatories to Plaintiff.

On August 2, 2021, Plaintiff served his Responses to Defendant's First Request for Production of Documents and First Set of Interrogatories to Plaintiff.

On July 31, 2021, Plaintiff served his Notice of Rule 30(b)(6) Deposition of Spiliadis Management, Ltd.

The parties are currently working on scheduling witness depositions.

FP 42109634.1

1   As of the date of this Stipulation, neither party has propounded any further discovery requests.

### STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

Due to issues with mandatory Covid-19 quarantine and closures, Defendant's primary counsel having to take a medical leave of absence and then accepting another position working in-house, the introduction of new counsel to the case, and scheduling conflicts relating to critical medical care, and renewed resolution discussions, the parties have not yet completed discovery. For the above stated reasons, the parties request that the discovery deadline be extended ninety (91) days from **November 19, 2021 to February 17, 2022**.

### PROPOSED SCHEDULE

The parties stipulate and agree that:

1. **Discovery**: The discovery period shall be extended ninety-one (91) days from November 19, 2021 to February 17, 2022.

2. **Dispositive Motions**: The parties shall have through and including March 20, 2022, to file dispositive motions, which is 31 days after the discovery deadline.

3. **Pre-Trial Order**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

///
///
///
///
///
///

4. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** In accordance with Local Rule 26-4, a stipulation or motion for modification or extension of this discovery plan and scheduling order and any deadline contained herein, must be made not later than twenty-one (21) days before the subject deadline.

Dated this 27th day of October 2021.

| FISHER & PHILLIPS, LLP | KEMP & KEMP |
|---|---|
| By: /s/ Lisa A. McClane<br>Lisa A. McClane, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant<br>Spiliadis Management, Ltd. | By: /s/ James P. Kemp<br>James P. Kemp, Esq.<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

10/28/2021
_____
DATED

FP 42109634.1