FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com

*Attorney for Defendant Spiliadis Management, LTD*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BAILEY EARL, | Case No.: 2:21-cv-00357-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SPILIADIS MANAGEMENT LTD., a Nevada Corporation; MANAGED BUSINESS SERVICES, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Bailey Earl ("Plaintiff"), through her counsel, Kemp & Kemp, and Defendant Spiliadis Management Ltd.[1] ("Defendant"), by and through its counsel, Fisher & Phillips, LLP,

/ / /

/ / /

/ / /

/ / /

---

[1] Defendant, Managed Business Services, Inc. has been dismissed from this action. (*See*, ECF No. 14).

that this matter be dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated this 1st day of March, 2022.

| FISHER & PHILLIPS, LLP | KEMP & KEMP |
|---|---|
| By:  /s/  *Lisa A. McClane* <br> Lisa A. McClane, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas, NV 89101 <br> Attorneys for Defendant | By: /s/   *James P. Kemp* <br> James P. Kemp, Esq. <br> Victoria L. Neal, Esq. <br> 7435 W. Azure Drive #110 <br> Las Vegas, NV 89130 |
| *Attorneys for Spiliadis Management, Ltd.* | *Attorneys for Plaintiff* |

### ORDER

**IT IS SO ORDERED:**

*[signature]*

US DISTRICT COURT JUDGE

March 4, 2022

DATED

- 2 -

FP 43297221.1